```
1  FRANKLIN J. LOVE, Bar #80334
2  LAW OFFICE OF FRANKLIN J. LOVE
   800 S. Barranca Ave., Ste. 100
3  Covina, California 91723
4  (626)653-0455
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW, LTD. | ) | CASE No.CV 95-8193-AAH |
| | ) | |
| Plaintiff, | ) | RENEWAL OF DEFAULT JUDGMENT |
| vs. | ) | BY CLERK |
| | ) | |
| CANTINA MEXICANA, also known | ) | |
| as CANTINA MEXICANA CLUB | ) | |
| NOCTURNO and CLUB NOCTURNO and | ) | |
| CANTINA MEXICANA CLUB NOCTURNA | ) | |
| and CLUB NOCTURNA and ACAPULCO | ) | |
| CLUB; PHYLLIS M. METAXAS, an | ) | |
| individual; and VICTOR METAXAS | ) | |
| and individual | | |
| Defendants | | |

Based upon the Amended Application for Renewal of Judgment [32] of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The Renewal of Judgment entered on December 7, 2005 against defendant, **VICTOR METAXAS**, is hereby renewed on the

Page 1 of 2                                             RENEWAL OF DEFAULT JUDGMENT
                                                        Case No.CV-95-8193-AAH

amounts set forth:

**RENEWAL OF MONEY JUDGMENT**

| | | |
|---|---|---:|
| a. | Total judgment | $41,077.65 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 41,077.65 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 41,077.65 |
| g. | Interest after judgment | 10,201.86 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **$51,279.51** |

DATED: 11/17/2015        Clerk by J. Remigio
                                   Deputy Clerk

Page 2 of 2

RENEWAL OF DEFAULT JUDGMENT
Case No. CV-95-8193-AAH